THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

E.I. DU PONT DE NEMOURS AND )
COMPANY, )
 )
 )
Plaintiff, )
 )
 )
 ) Misc. Business
v. ) Docket No.
 ) 04MBD 10106
CARDINAL HEALTH, INC., )
CARDINAL HEALTH 200, INC., ) (Related Case Pending in the
BBA GROUP U.S. HOLDINGS, INC. and ) Middle District of Tennessee
BBA NONWOVENS SIMPSONVILLE, INC., ) Case No. 3-03-0848)
 )
Defendants. )
 )

## MOTION FOR PROTECTIVE ORDER AND
## TO MODIFY SUBPOENA

Pursuant to Rules 26(c) and 45(c)(3) of the Federal Rules of Civil Procedure, TIAX, LLC ("TIAX"), a Massachusetts entity, and E.I. DuPont de Nemours and Company ("DuPont") respectfully move this Court for a protective order modifying a subpoena served under this Court's authority on February 11, 2004 on TIAX by Cardinal Health 200, Inc. ("Cardinal"). A copy of the subpoena is attached at Tab A.

In support of this Motion, TIAX and DuPont refer the Court to the accompanying statement of reasons with citations to supporting authorities. Movants will shortly provide the Court additional supporting materials.[1]

---

[1] Pursuant to Local Rule 37.1(B), DuPont and TIAX certify that the parties have conferred prior to the filing of this motion in an effort to resolve and narrow the issues. Specifically, counsel for TIAX and DuPont and for Cardinal conferred on these matters on Monday, March 29, 2004, Monday, April 5, 2004, and Tuesday, April 6, 2004, and counsel for Cardinal submitted letters to TIAX counsel dated March 23, 24, and 29, 2004, setting forth its position that TIAX's assertion of privilege and confidentiality is unfounded. As of this filing, the parties are still conferring regarding their dispute over confidentiality. Movants will supplement these moving papers to advise the Court whether they seek relief or not as to confidentiality once this issue is ripe.

Respectfully submitted,

TIAX and DUPONT,
By their attorneys,

*Howard J. Castleman (Rmm)*
*Ryan M. Mac[signature]*

Howard J. Castleman BBO # 551259
Ryan M. MacDonald BBO #654688
Murtha Cullina LLP
99 High Street, 20th Floor
Boston, MA 02109
(617) 457-4000

Of Counsel:
Scott L. Winkelman
Andrea D. Rose
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116

April 7, 2004

275342-1