**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **E.I. DU PONT DE NEMOURS AND COMPANY,** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civil Action No.  04 MBD 10106** |
| | ) | |
| **v.** | ) | **(Related Case Pending in the Middle** |
| | ) | **District of Tennessee, Case No. 3-03-** |
| **CARDINAL HEALTH, INC.,** | ) | **0848)** |
| **CARDINAL HEALTH 200, INC.,** | ) | |
| **BBA GROUP U.S. HOLDINGS, INC. and** | ) | |
| **BBA NONWOVENS SIMPSONVILLE,** | ) | |
| **INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**NOTICE OF APPEARANCE**

To the Clerk of the Above-Court:

Please take notice of the appearance of the undersigned as counsel to Defendant

Cardinal Health 200, Inc.

Dated:  April 21, 2004                         CARDINAL HEALTH 200, INC.

By its attorneys,


/s/ Scott A. Birnbaum
Scott A. Birnbaum (BBO # 543834)
BIRNBAUM & ASSOCIATES, P.C.
268 Summer Street
Boston, MA 02210
(617) 542-3100


**Of Counsel:**
Dan K. Webb
Jeffrey M. Wagner
Susan A. Pipal
WINSTON & STROM LLP
35 West Wacker Drive
Chicago, IL  60601

2

Marc T. McNamee
A. Scott Ross
NEAL & HARWELL, PLC
2000 One Nashville Place
150 Fourth Avenue North
Nashville, TN 37219-2498
(615) 244-1713

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served, via the method(s)

indicated below, on the following counsel of record this 21st day of April, 2004.

|  |  |
|---|---|
| ( ) Hand | James M. Doran, Jr. |
| (X) Mail | Mark H. Wildasin |
| ( ) Fax | Waller, Lansden, Dorch & Davis |
| ( ) Fed. Ex. | Nashville City Center |
| (X) E-Mail | 511 Union Street, Suite 2100 |
|  | Nashville, TN 37219 |
|  |  |
| ( ) Hand | Mark L. Levine |
| (X) Mail | Rebecca Weinstein Bacon |
| ( ) Fax | Bartlit, Beck, Herman, Palenchar & Scott |
| ( ) Fed. Ex. | 54 W. Hubbard Street |
| (X) E-Mail | Suite 300 |
|  | Chicago, IL 60610 |
|  |  |
| ( ) Hand | M. Clark Spoden |
| (X) Mail | John R. Wingo |
| ( ) Fax | Frost, Brown & Todd, LLC |
| ( ) Fed. Ex. | 424 Church Street |
| (X) E-Mail | Suite 1600 |
|  | Nashville, TN 37219 |
|  |  |
| ( ) Hand | John M. Skenyon |
| (X) Mail | Fish & Richardson P.C. |
| ( ) Fax | 225 Franklin Street |
| ( ) Fed. Ex. | Boston, MA 02110-2804 |
| (X) E-Mail |  |

/s/ Scott A. Birnbaum

3

CHI:1353750.2