UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| E.I. DU PONT DE NEMOURS AND COMPANY, )<br>)<br>Plaintiff,            )<br>)<br>v.                    )<br>)<br>CARDINAL HEALTH, INC.,      )<br>CARDINAL HEALTH 200, INC.,  )<br>BBA GROUP U.S. HOLDINGS, INC. and )<br>BBA NONWOVENS SIMPSONVILLE, )<br>INC.,                 )<br>)<br>Defendants.            ) | Civil Action No.  04 MBD 10106<br><br>(Related Case Pending in the Middle District of Tennessee, Case No. 3-03-0848) |

## CARDINAL HEALTH 200, INC.'S MOTION TO IMPOUND CONFIDENTIAL MATERIAL

Defendant Cardinal Health 200, Inc. ("Cardinal 200"), by its attorneys, respectfully moves the Court to impound certain documents that Cardinal 200 wishes to append to its Opposition to TIAX LLC's ("TIAX") and E.I. DuPont de Nemours and Company's ("DuPont") Motion for Protective Order and to Modify Subpoena. In support of this Motion, Cardinal 200 states as follows:

1. This is an action relating to a subpoena served in connection with a case pending in the United States District Court for the Middle District of Tennessee, *E.I. Du Pont De Nemours and Co v. Cardinal Health, Inc., et al., C.A. No. 3:03-084* (the "Tennessee Litigation").

2. The Middle District of Tennessee (by Griffin, M.J.) entered an Agreed Protective Order Governing the Disclosure of Confidential Information in the Tennessee Litigation (the "Protective Order"). (A copy of the Protective Order is attached hereto as Exhibit A.)

3.	The Protective Order specifies (at ¶ 15) that if a party wishes to disclose to the Court any material which has previously been designated as "Confidential," it must do so by filing the material under seal.

4.	The Protective Order further provides (at ¶ 27) that confidential material that is filed under seal should be returned to the filing party at the conclusion of the litigation.

5.	In connection with its Opposition to the pending Motion for Protective Order, Cardinal 200 wishes to bring to this Court's attention certain documents that have been designated as Confidential under the Protective Order. These documents will be appended to the Opposition as Exhibits A and G.

6.	Accordingly, pursuant to Local Rule 7.2, Cardinal 200 respectfully requests that the Confidential Material attached as Exhibits to Cardinal 200's Opposition be impounded until the conclusion of this matter, or until further order of the Court. Upon the conclusion of this matter, such material should be returned to the undersigned counsel for Cardinal 200.

A proposed order is submitted herewith.

| | |
|---|---|
| Dated: April 21, 2004 | **DEFENDANT CARDINAL HEALTH 200, INC.,** |

By its attorneys,

/s/ Scott A. Birnbaum  
Scott A. Birnbaum (BBO #543834)  
BIRNBAUM & ASSOCIATES, P.C.  
268 Summer Street  
Boston, MA 02210  
(617) 542- 3100

**OF COUNSEL:**
Dan K. Webb
Jeffrey M. Wagner
Susan A. Pipal
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
(312) 558-5600

Marc T. McNamee
A. Scott Ross
NEAL & HARWELL, PLC
2000 One Nashville Place
150 Fourth Avenue North
Nashville, TN 37219-2498
(615) 244-1713

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been served, via the method(s) indicated below, on the following counsel of record this 21st day of April, 2004.

|  |  |  |
|---|---|---|
| ( ) Hand | James M. Doran, Jr. |
| (X) Mail | Mark H. Wildasin |
| ( ) Fax | Waller, Lansden, Dorch & Davis |
| ( ) Fed. Ex. | Nashville City Center |
| (X) E-Mail | 511 Union Street, Suite 2100 |
|  | Nashville, TN 37219 |
|  |  |
| ( ) Hand | Mark L. Levine |
| (X) Mail | Rebecca Weinstein Bacon |
| ( ) Fax | Bartlit, Beck, Herman, Palenchar & Scott |
| ( ) Fed. Ex. | 54 W. Hubbard Street |
| (X) E-Mail | Suite 300 |
|  | Chicago, IL 60610 |
|  |  |
| ( ) Hand | Ryan M. MacDonald |
| (X) Mail | Murtha Cullina LLP |
| ( ) Fax | 99 High Street |
| ( ) Fed. Ex. | Boston, MA 02110 |
| (X) E-Mail |  |
|  |  |
| ( ) Hand | Scott Winkleman |
| (X) Mail | Andrea Rose |
| ( ) Fax | Crowell & Moring LLP |
| ( ) Fed. Ex. | 1001 Pennsylvania Avenue, N.W. |
| (X) E-Mail | Washington, D.C. 20004 |
|  |  |
| ( ) Hand | M. Clark Spoden |
| (X) Mail | John R. Wingo |
| ( ) Fax | Frost, Brown & Todd, LLC |
| ( ) Fed. Ex. | 424 Church Street |
| (X) E-Mail | Suite 1600 |
|  | Nashville, TN 37219 |
|  |  |
| ( ) Hand | John M. Skenyon |
| (X) Mail | Fish & Richardson P.C. |
| ( ) Fax | 225 Franklin Street |
| ( ) Fed. Ex. | Boston, MA 02110-2804 |
| (X) E-Mail |  |

/s/ Scott A. Birnbaum

4