# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| E.I. DU PONT DE NEMOURS AND COMPANY, | ) ) ) |
| Plaintiff, | ) Civil Action No. 04 MBD 10106 ) |
| v. | ) (Related Case Pending in the Middle ) District of Tennessee, Case No. 3-03- |
| CARDINAL HEALTH, INC., CARDINAL HEALTH 200, INC., BBA GROUP U.S. HOLDINGS, INC. and BBA NONWOVENS SIMPSONVILLE, INC., | ) 0848) ) ) ) ) ) |
| Defendants. | ) |

## [PROPOSED] ORDER OF IMPOUNDMENT OF CONFIDENTIAL MATERIAL

The Court, having found good cause, hereby orders, pursuant to Local Rule 7.2, the impoundment of certain material appended to the Opposition of Cardinal Health 200, Inc. ("Cardinal 200"), to TIAX LLC's and E.I. DuPont de Nemours and Company's ("DuPont") Motion for Protective Order and to Modify Subpoena. Upon receipt of this Order, Cardinal 200 shall file said material under seal. This material shall remain under seal until the conclusion of this case or further order of the Court. Upon the conclusion of this case, the impounded material shall be returned to counsel for Cardinal 200.

So Ordered.

_____        _____,
Date                                              USDJ