THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| E.I. DU PONT DE NEMOURS AND COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CARDINAL HEALTH, INC., )<br>CARDINAL HEALTH 200, INC., )<br>BBA GROUP U.S. HOLDINGS, INC. and )<br>BBA NONWOVENS SIMPSONVILLE, INC., )<br>)<br>Defendants. ) | Misc. Business<br>Docket No. 04-10106<br><br>(Related Case Pending in the<br>Middle District of Tennessee<br>Case No. 3-03-0848) |

**MOTION FOR LEAVE TO SUBMIT
REPLY AND SUPPORTING MATERIALS**

Pursuant to Local Rule 7.1(b)(3), Movants TIAX, LLC and E.I. DuPont de Nemours and Company respectfully seek leave to submit, by Monday, May 3, 2004, a reply in support of their pending Motion for Protective Order and to Modify Subpoena (the "Motion").

In opposing the Motion, Cardinal Health 200, Inc. has suggested, *inter alia*, that Movants' assertion of attorney-client privilege lacks evidentiary support. The proposed reply brief will include such evidentiary support, further demonstrating that Movants are entitled to the protective relief sought. Notably, in their original moving papers, Movants stated that they were gathering additional information and would provide it for the Court's consideration. *See* Motion at 1. Movants now seek leave to provide such information.

Movants thus respectfully request the Court's leave to file a reply by May 3, 2004.

276662-1

Respectfully submitted,

TIAX and DUPONT,

By their Attorneys,

/s/ Ryan M. MacDonald
Howard J. Castleman BBO # 551259
Ryan M. MacDonald BBO # 654688
Murtha Cullina LLP
99 High Street, 20th Floor
Boston, MA  02109
(617) 457-4000

Of Counsel:
Scott L. Winkelman
Andrea D. Rose
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C.   20004
Telephone:  (202) 624-2500
Facsimile:  (202) 628-5116

April 26, 2004

276662-1