**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the within ***Motion For Leave to Submit Reply and Supporting Materials*** was served via United States mail, postage prepaid, on this 26th day of April, 2004, to:

James M. Doran, Jr.
Mark H. Wildasin
Waller, Lansden, Dortch & Davis
Nashville City Center
511 Union Street, Suite 2100
Nashville, Tennessee  37219

Mark L. Levine
Rebecca Weinstein Bacon
Adam Hoeflich
J. Scott McBride
Bartlit, Beck, Herman, Palenchar & Scott
Courthouse Place
54 W. Hubbard Street, Suite 300
Chicago, Illinois  60610

M. Clark Spoden
John R. Wingo
Frost, Brown & Todd, LLC
424 Church Street, Suite 1600
Nashville, Tennessee  37219

John M. Skenyon
Fish & Richardson, P.C.
225 Franklin Street
Boston, Massachusetts  02110-2894

Dan K. Webb
Jeffrey Wagner
Susan A. Pipal
Raymond C. Perkins
Erik William Snapp
Jennifer G. Gallinson
Winston & Strawn LLP
35 W. Wacker Drive
Chicago, Illinois  60601-9703

Marc T. McNamee
A. Scott Ross
Neal & Harwell PLC
Suite 2000, One Nashville Place
150 4th Avenue North
Nashville, Tennessee  37219-2498

Scott A. Birnbaum
Birnbaum & Associates, P.C.
268 Summer Street
Boston, MA 02110

/s/ Ryan M. MacDonald_____
Ryan M. MacDonald

275092-1