**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| E.I. DU PONT DE NEMOURS AND COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CARDINAL HEALTH, INC., )<br>CARDINAL HEALTH 200, INC., )<br>BBA GROUP U.S. HOLDINGS, INC. and )<br>BBA NONWOVENS SIMPSONVILLE, )<br>INC., )<br>)<br>Defendants. ) | Civil Action No. 04 MBD 10106<br><br>(Related Case Pending in the Middle District of Tennessee, Case No. 3-03-0848) |

**CARDINAL 200'S PARTIAL OPPOSITION TO TIAX'S MOTION FOR LEAVE TO SUBMIT REPLY AND SUPPORTING MATERIAL**

Defendant Cardinal Health 200, Inc. ("Cardinal 200"), by its attorneys, partially opposes the motion of TIAX, LLC ("TIAX") and E.I. DuPont de Nemours and Company's ("DuPont") for leave to submit a reply in support of their pending Motion for Protective Order and to Modify Subpoena. I

While Cardinal 200 has no objection to Plaintiffs' filing of a reply brief per se, should the Court be inclined to permit the filing of a reply, Cardinal 200 respectfully urges the Court to also permit Cardinal 200 to file a sur-reply. Plaintiffs Motion for Leave states that they intend to include with their reply brief new "evidentiary support" to bolster their assertions of attorney-client privilege. In light of this, Cardinal 200 believes it must have a fair opportunity to respond to this new material.

If the Court is inclined to permit Plaintiffs to file a reply brief by May 3, 2004, Cardinal 200 requests that its sur-reply be due seven days later, *i.e.*, on or before May 10, 2004.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: April 27, 2004 | **DEFENDANT CARDINAL HEALTH 200, INC.,** |
|  | By its attorneys, |
|  | /s/ Scott A. Birnbaum_____<br>Scott A. Birnbaum (BBO #543834)<br>BIRNBAUM & ASSOCIATES, P.C.<br>268 Summer Street<br>Boston, MA 02210<br>(617) 542- 3100 |

**OF COUNSEL:**
Dan K. Webb
Jeffrey M. Wagner
Susan A. Pipal
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
(312) 558-5600

Marc T. McNamee
A. Scott Ross
NEAL & HARWELL, PLC
2000 One Nashville Place
150 Fourth Avenue North
Nashville, TN 37219-2498
(615) 244-1713

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been served, via the method(s) indicated below, on the following counsel of record this 27th day of April, 2004.

|  |  |  |
|---|---|---|
| ( ) | Hand | James M. Doran, Jr. |
| (X) | Mail | Mark H. Wildasin |
| ( ) | Fax | Waller, Lansden, Dorch & Davis |
| ( ) | Fed. Ex. | Nashville City Center |
| (X) | E-Mail | 511 Union Street, Suite 2100 |
|  |  | Nashville, TN 37219 |

|   |   |   |
|---|---|---|
| ( ) | Hand | Mark L. Levine |
| (X) | Mail | Rebecca Weinstein Bacon |
| ( ) | Fax | Bartlit, Beck, Herman, Palenchar & Scott |
| ( ) | Fed. Ex. | 54 W. Hubbard Street |
| (X) | E-Mail | Suite 300 |
|   |   | Chicago, IL 60610 |

|   |   |   |
|---|---|---|
| ( ) | Hand | Ryan M. MacDonald |
| (X) | Mail | Murtha Cullina LLP |
| ( ) | Fax | 99 High Street |
| ( ) | Fed. Ex. | Boston, MA 02110 |
| (X) | E-Mail |   |

|   |   |   |
|---|---|---|
| ( ) | Hand | Scott Winkleman |
| (X) | Mail | Andrea Rose |
| ( ) | Fax | Crowell & Moring LLP |
| ( ) | Fed. Ex. | 1001 Pennsylvania Avenue, N.W. |
| (X) | E-Mail | Washington, D.C. 20004 |

|   |   |   |
|---|---|---|
| ( ) | Hand | M. Clark Spoden |
| (X) | Mail | John R. Wingo |
| ( ) | Fax | Frost, Brown & Todd, LLC |
| ( ) | Fed. Ex. | 424 Church Street |
| (X) | E-Mail | Suite 1600 |
|   |   | Nashville, TN 37219 |

|   |   |   |
|---|---|---|
| ( ) | Hand | John M. Skenyon |
| (X) | Mail | Fish & Richardson P.C. |
| ( ) | Fax | 225 Franklin Street |
| ( ) | Fed. Ex. | Boston, MA 02110-2804 |
| (X) | E-Mail |   |

/s/ Scott A. Birnbaum

3

CHI:1353750.4