**<u>EXHIBIT 1 to EXHIBIT A</u>  (UNDER SEAL)**