# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the within *Reply in Support of Motion For Protective Order and To Modify Subpoena* was served via United States mail, postage prepaid, on this 4th day of May, 2004, to:

| | |
|---|---|
| James M. Doran, Jr.<br>Mark H. Wildasin<br>Waller, Lansden, Dortch & Davis<br>Nashville City Center<br>511 Union Street, Suite 2100<br>Nashville, Tennessee  37219 | Mark L. Levine<br>Rebecca Weinstein Bacon<br>Adam Hoeflich<br>J. Scott McBride<br>Bartlit, Beck, Herman, Palenchar & Scott<br>Courthouse Place<br>54 W. Hubbard Street, Suite 300<br>Chicago, Illinois  60610 |
| M. Clark Spoden<br>John R. Wingo<br>Frost, Brown & Todd, LLC<br>424 Church Street, Suite 1600<br>Nashville, Tennessee  37219 | John M. Skenyon<br>Fish & Richardson, P.C.<br>225 Franklin Street<br>Boston, Massachusetts  02110-2894 |
| Dan K. Webb<br>Jeffrey Wagner<br>Susan A. Pipal<br>Raymond C. Perkins<br>Erik William Snapp<br>Jennifer G. Gallinson<br>Winston & Strawn LLP<br>35 W. Wacker Drive<br>Chicago, Illinois  60601-9703 | Marc T. McNamee<br>A. Scott Ross<br>Neal & Harwell PLC<br>Suite 2000, One Nashville Place<br>150 4th Avenue North<br>Nashville, Tennessee  37219-2498<br><br>Scott A. Birnbaum<br>Birnbaum & Associates, P.C.<br>268 Summer Street<br>Boston, MA 02110 |

/s/ Ryan M. MacDonald_____
Ryan M. MacDonald

277278-1