THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| E.I. DU PONT DE NEMOURS AND COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> CARDINAL HEALTH, INC., <br> CARDINAL HEALTH 200, INC., <br> BBA GROUP U.S. HOLDINGS, INC. and <br> BBA NONWOVENS SIMPSONVILLE, INC., <br><br> Defendants. | Misc. Business <br> Docket No. 04-10106-WGY <br><br> (Related Case Pending in the <br> Middle District of Tennessee <br> Case No. 3-03-0848) |

## MOTION TO IMPOUND CONFIDENTIAL MATERIAL

Pursuant to Local Rule 7.2, TIAX, LLC and E.I. DuPont de Nemours and Company (the "Movants") respectfully move this Court to impound certain documents that the Movants seek to append to their Reply in Support of Motion For Protective Order and To Modify Subpoena. In support of this Motion, the Movants state as follows:

1. This is an action relating to a subpoena served in connection with a case pending in the United States District Court for the Middle District of Tennessee, *E.I. Du Pont de Nemours and Co. v. Cardinal Health, Inc., et al.*, C.A. No. 3:03-084 (the "Tennessee Litigation").

2. The Middle District of Tennessee (Griffin, M.J.) entered an Agreed Protective Order Governing the Disclosure of Confidential Information in the Tennessee Litigation (the "Protective Order"). (A Copy of the Protective Order is attached hereto as Exhibit A.)

277272-1

3. The Protective Order specifies that if a party wishes to disclose to the Court any material which has previously been designated as "Confidential," it must do so by filing the material under seal. (Protective Order, ¶ 15).

4. The Protective Order further provides that confidential material that is filed under seal should be returned to the filing party at the conclusion of the litigation. (Protective Order, ¶ 27).

5. In connection with its Reply in Support of Motion For Protective Order and To Modify Subpoena, the Movants seek to bring to this Court's attention certain documents that have been designated as Confidential under the Protective Order. These documents will be appended to the Reply as Exhibit 1 to Exhibit A.

6. Accordingly, pursuant to Local Rule 7.2, the Movants respectfully request that the Confidential Material attached as Exhibit 1 to Exhibit A to the Movants Reply in Support of Motion For Protective Order and To Modify Subpoena be impounded until the conclusion of this matter, or until further order of the Court. Upon the conclusion of this matter, such material should be returned to the undersigned counsel for the Movants. A proposed order is submitted herewith.

277272-1

Respectfully submitted,

TIAX and DUPONT, by their Attorneys,

/s/ Ryan M. MacDonald_____
Howard J. Castleman BBO # 551259
Ryan M. MacDonald BBO #654688
Murtha Cullina LLP
99 High Street, 20th Floor
Boston, MA  02109
(617) 457-4000

Of Counsel:
Scott L. Winkelman
Andrea D. Rose
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C.   20004
Telephone:  (202) 624-2500
Facsimile:  (202) 628-5116

May 3, 2004

277272-1