THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| E.I. DU PONT DE NEMOURS AND COMPANY,<br><br>      Plaintiff,<br><br>v.<br><br>CARDINAL HEALTH, INC.,<br>CARDINAL HEALTH 200, INC.,<br>BBA GROUP U.S. HOLDINGS, INC. and<br>BBA NONWOVENS SIMPSONVILLE, INC.,<br><br>      Defendants. | Misc. Business<br>Docket No. 04-10106-WGY<br><br>(Related Case Pending in the<br>Middle District of Tennessee<br>Case No. 3-03-0848) |

## [PROPOSED] ORDER OF IMPOUNDMENT OF CONFIDENTIAL MATERIAL

The Court, having found good cause, hereby orders, pursuant to Local Rule 7.2, the impoundment of certain material appended to TIAX, LLC's ("TIAX") and E.I. DuPont de Nemours and Company's ("DuPont") Reply in Support of Motion For Protective Order and To Modify Subpoena. Upon receipt of this Order, TIAX and DuPont shall file said material under seal. This material shall remain under seal until the conclusion of this case or further order of the Court. Upon conclusion of this case, the impounded material shall be returned to counsel for TIAX and DuPont.

So Ordered.

_____          _____,
Date                                              USDJ

277274-1