**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **E.I. DU PONT DE NEMOURS AND COMPANY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civil Action No.  04 MBD 10106** |
| | ) | |
| **v.** | ) | **(Related Case Pending in the Middle** |
| | ) | **District of Tennessee, Case No. 3-03-** |
| **CARDINAL HEALTH, INC.,** | ) | **0848)** |
| **CARDINAL HEALTH 200, INC.,** | ) | |
| **BBA GROUP U.S. HOLDINGS, INC. and** | ) | |
| **BBA NONWOVENS SIMPSONVILLE,** | ) | |
| **INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## CARDINAL 200'S LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT

Cardinal Health 200, Inc., by its attorneys, pursuant to Local Rule 7.3(A), hereby

discloses that it is a wholly-owned subsidiary of Cardinal Health, Inc., which is a publicly held

company.

Respectfully submitted,

Dated:  May 10, 2004

**DEFENDANT CARDINAL HEALTH 200, INC.,**

By its attorneys,

/s/ Scott A. Birnbaum_____
Scott A. Birnbaum (BBO #543834)
BIRNBAUM & ASSOCIATES, P.C.
268 Summer Street
Boston, MA 02210
(617) 542- 3100

**OF COUNSEL:**
Dan K. Webb
Jeffrey M. Wagner
Susan A. Pipal
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
(312) 558-5600

Marc T. McNamee
A. Scott Ross
NEAL & HARWELL, PLC
2000 One Nashville Place
150 Fourth Avenue North
Nashville, TN 37219-2498
(615) 244-1713

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been served, via the

method(s) indicated below, on the following counsel of record this 10th day of May, 2004.

( ) Hand     James M. Doran, Jr.
(X) Mail     Mark H. Wildasin
( ) Fax      Waller, Lansden, Dorch & Davis
( ) Fed. Ex. Nashville City Center
(X) E-Mail   511 Union Street, Suite 2100
             Nashville, TN 37219


( ) Hand     Mark L. Levine
(X) Mail     Rebecca Weinstein Bacon
( ) Fax      Bartlit, Beck, Herman, Palenchar & Scott
( ) Fed. Ex. 54 W. Hubbard Street
(X) E-Mail   Suite 300
             Chicago, IL 60610

( ) Hand     Ryan M. MacDonald
(X) Mail     Murtha Cullina LLP
( ) Fax      99 High Street
( ) Fed. Ex. Boston, MA 02110
(X) E-Mail

2

|         |           |                                |
|---------|-----------|--------------------------------|
| (  ) | Hand | Scott Winkleman |
| (X) | Mail | Andrea Rose |
| (  ) | Fax | Crowell & Moring LLP |
| (  ) | Fed. Ex. | 1001 Pennsylvania Avenue, N.W. |
| (X) | E-Mail | Washington, D.C. 20004 |

|         |           |                                |
|---------|-----------|--------------------------------|
| (  ) | Hand | M. Clark Spoden |
| (X) | Mail | John R. Wingo |
| (  ) | Fax | Frost, Brown & Todd, LLC |
| (  ) | Fed. Ex. | 424 Church Street |
| (X) | E-Mail | Suite 1600 |
|      |          | Nashville, TN 37219 |

|         |           |                                |
|---------|-----------|--------------------------------|
| (  ) | Hand | John M. Skenyon |
| (X) | Mail | Fish & Richardson P.C. |
| (  ) | Fax | 225 Franklin Street |
| (  ) | Fed. Ex. | Boston, MA 02110-2804 |
| (X) | E-Mail |  |

/s/ Scott A. Birnbaum

3

**CHI:1353750.4**