THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| E.I. DU PONT DE NEMOURS AND COMPANY, </br></br> Plaintiff, </br></br> v. </br></br> CARDINAL HEALTH, INC., </br> CARDINAL HEALTH 200, INC., </br> BBA GROUP U.S. HOLDINGS, INC. and </br> BBA NONWOVENS SIMPSONVILLE, INC., </br></br> Defendants. | Misc. Business </br> Docket No. 04-10106-WGY </br></br> (Related Case Pending in the </br> Middle District of Tennessee </br> Case No. 3-03-0848) |

**NOTICE OF WITHDRAWAL OF MOTION**
**FOR PROTECTIVE ORDER AND TO MODIFY SUBPOENA**

E.I. DuPont de Nemours and Company and TIAX, LLC hereby withdraw their Motion for Protective Order and to Modify Subpoena that was filed with this Court on April 7, 2004 in connection with the above captioned Case.

291131-1

        Respectfully submitted,

        TIAX and DUPONT, by their Attorneys,

        /s/ Ryan M. MacDonald
        Howard J. Castleman BBO # 551259
        Ryan M. MacDonald BBO #654688
        Murtha Cullina LLP
        99 High Street, 20th Floor
        Boston, MA  02109
        (617) 457-4000

Of Counsel:
Scott L. Winkelman
Andrea D. Rose
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C.   20004
Telephone:  (202) 624-2500
Facsimile:  (202) 628-5116

November 10, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the within *Notice of Withdrawal of Motion for Protective Order and to Modify Subpoena* was served via United States mail, postage prepaid, on this 10th day of November, 2004, to:

| | |
|---|---|
| James M. Doran, Jr.<br>Mark H. Wildasin<br>Waller, Lansden, Dortch & Davis<br>Nashville City Center<br>511 Union Street, Suite 2100<br>Nashville, Tennessee  37219 | Mark L. Levine<br>Rebecca Weinstein Bacon<br>Adam Hoeflich<br>J. Scott McBride<br>Bartlit, Beck, Herman, Palenchar & Scott<br>Courthouse Place<br>54 W. Hubbard Street, Suite 300<br>Chicago, Illinois  60610 |
| M. Clark Spoden<br>John R. Wingo<br>Frost, Brown & Todd, LLC<br>424 Church Street, Suite 1600<br>Nashville, Tennessee  37219 | John M. Skenyon<br>Fish & Richardson, P.C.<br>225 Franklin Street<br>Boston, Massachusetts  02110-2894 |
| Dan K. Webb<br>Jeffrey Wagner<br>Susan A. Pipal<br>Raymond C. Perkins<br>Erik William Snapp<br>Jennifer G. Gallinson<br>Winston & Strawn LLP<br>35 W. Wacker Drive<br>Chicago, Illinois  60601-9703 | Marc T. McNamee<br>A. Scott Ross<br>Neal & Harwell PLC<br>Suite 2000, One Nashville Place<br>150 4th Avenue North<br>Nashville, Tennessee  37219-2498<br><br>Scott A. Birnbaum<br>Birnbaum & Associates, P.C.<br>268 Summer Street<br>Boston, MA 02110 |

                                                      /s/ Ryan M. MacDonald_____
                                                      Ryan M. MacDonald